Hadlock v. Bulfinch.

HADLOCK *versus* BULFINCH *&* al.

MOTION for a new trial. The testimony was too voluminous to be reported. The following are the principles, as announced by HOWARD, J., upon which the decision of the Court was made.

A mortgage of land can be discharged only by payment of the debt secured by it, or by a release.

A renewal of the note, secured by such mortgage, is not such a payment as will discharge the mortgage, unless so intended by the parties.

Where the mortgagee takes, for the amount due upon the mortgage, the note of the *assignee* of the mortgager, including annual interest, and gives up to such assignee the notes of the mortgager, this, *unexplained*, is not to be considered as a mere renewal of the mortgager's note, but as a substitution of a *new* security, and is such a payment as to discharge the mortgage.

If the mortgage debt has been paid, no action can be maintained upon the mortgage, even though it has not been formally discharged.